**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Eric R. Hartman, DC, PLLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0547265** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **302 Baldwin Street** **Jenison, MI 49428** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Ottawa** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.hartmanfamilychiro.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

9/22/25 10:16AM

Debtor  **Eric R. Hartman, DC, PLLC** _____    Case number (*if known*) _____
Name

**7. Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | Eric R. Hartman, DC, PLLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Eric R. Hartman, DC, PLLC** | Case number (*if known*) |
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

■ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

Debtor      **Eric R. Hartman, DC, PLLC**                                          Case number (*if known*) _____
            Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 22, 2025**
                 MM / DD / YYYY

**X** **/s/ Eric R. Hartman**                                    **Eric R. Hartman**
Signature of authorized representative of debtor                Printed name

Title      **President and Managing Member**

**18. Signature of attorney**

**X** **/s/ Martin L. Rogalski**                        Date      **September 22, 2025**
Signature of attorney for debtor                                 MM / DD / YYYY

**Martin L. Rogalski P-30548 - MICHIGAN**
Printed name

**MARTIN L. ROGALSKI, P.C.**
Firm name

**1881 GEORGETOWN CENTER DRIVE**
**JENISON, MI 49428**
Number, Street, City, State & ZIP Code

Contact phone      **(616) 457-4410**      Email address      **court@mrogalski.com**

**P-30548 - MICHIGAN MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Eric R. Hartman, DC, PLLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF MICHIGAN

Case number (if known)      _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 22, 2025**          X */s/ Eric R. Hartman*
                                              Signature of individual signing on behalf of debtor

                                              **Eric R. Hartman**
                                              Printed name

                                              **President and Managing Member**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Eric R. Hartman, DC, PLLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bankers Healthcare Group 10234 West State Road 84 Fort Lauderdale, FL 33324** | | **All Asset Filing** | | **$140,000.00** | **$77,739.77** | **$62,260.23** |
| **CBNA ATTN: BANKRUPTCY PO BOX 6497 SIOUX FALLS, SD 57117** | | **Purchase of business washer and dryer on personal credit card. Paid by business.** | | | | **$1,857.00** |
| **Chase Attn: Cardmember Service PO Box 4099 Carol Stream, IL 60197-4099** | | **Business Credit Card** | | | | **$16,353.00** |
| **Healy Enterprises, LLC 2180 Tyler Street Jenison, MI 49428** | | **Buildout of Leased Office Space** | | | | **$85,000.00** |
| **OnePlace Capital 505 Market Street Suite 110 West Des Moines, IA 50266** | | **OrthoGold 350** | | **$84,270.00** | **$60,000.00** | **$24,270.00** |
| **OnePlace Capital 505 Market Street Suite 110 West Des Moines, IA 50266** | | **Medwave System** | | **$38,000.00** | **$30,000.00** | **$8,000.00** |

9/22/25 10:16AM

**Fill in this information to identify the case:**

Debtor name   **Eric R. Hartman, DC, PLLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................   $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................   $     **167,739.77**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................   $     **167,739.77**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $     **262,270.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$     **148,210.00**

4. **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b                                                               $     **410,480.00**

**Fill in this information to identify the case:**

Debtor name  **Eric R. Hartman, DC, PLLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$300.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Grand River Bank** | **Business Checking** | **4595** | **$28,345.77** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$28,645.77**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Debtor    **Eric R. Hartman, DC, PLLC**                                          Case number *(If known)* _____
          _____
          Name

| 11b. Over 90 days old: | 14,034.00 | - | 7,000.00 | =.... | $7,034.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | $7,034.00 |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** Items for sale by Debtor which include: pillows; resistance bands; rehab equipment; and assorted lotions. | 2025 | $2,000.00 | Liquidation | $2,000.00 |
| **22. Other inventory or supplies** | | | | |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.        | $2,000.00 |

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

Debtor    **Eric R. Hartman, DC, PLLC**                          Case number *(If known)* _____
          Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **7 exam stools - $30 each** | $0.00 | Liquidation | $210.00 |
| | **Miscellaneous Office Furniture:** **- 8 various padded swivel desk chairs, arms, 5-roller bases;** **-16 various padded side chairs, 4 legs;** **-2 autonomous adjustable desks;** **-3 wood shelving units, quartz top;** **-4 adjustable pedestal chairs** | $0.00 | Liquidation | $1,300.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Intellect Ultrasound Therapy Unit - 10 Years old** | $0.00 | Liquidation | $300.00 |
| | **4 Ellora Vista massage beds - $1,000 each.** **Beds are 6-7 years old and are used daily.** **Each table shows typical wear from daily use.** | $0.00 | Liquidation | $4,000.00 |
| | **3D laser dual foot scanner - Scanners are given to medical offices for free/on rebate in order to incentivize practices to sell orthotics sold by the same company.** | $0.00 | Liquidation | $200.00 |
| | **ATT-300 roller massage table - 24 years old and used semi-frequently. Has needed periodic maintenence over the last few years.** | $0.00 | Liquidation | $500.00 |
| | **3 Back Specialist 1001 chiropractic adjustment tables - $1,200 each - Each table is 20-25 years old. Each table needs upholstery repairs, new pads, and some internal maintenance.** | $0.00 | Liquidation | $3,600.00 |
| | **HCMI X-Ray machine - 25 years old. The tube has needed multiple repairs, along with the control box. Cost to move the dated unit in the event of sale is appoximately $3,500.** | $0.00 | Liquidation | $4,000.00 |
| | **7.0AT-03TM765 treadmill** | $0.00 | Liquidation | $400.00 |
| | **Neural Flex spinal decompression table -** | $0.00 | Liquidation | $4,500.00 |

Debtor    **Eric R. Hartman, DC, PLLC**
    Name                                                                Case number *(If known)* _____

| | | | |
|---|---|---|---|
| **Approx 12 years old. Shows signs of usual wear and tear but is in overall good shape.** | | | |
| **EX Class 4 laser therapy system - 10 years old. System is outdated as newer models which offer more features and stronger lasers are now on the market.** | $0.00 | Liquidation | $2,100.00 |
| **20/20 digital X-Ray system - 10 year old system that is being discontinued by the manufacturer. The manufacturer will no longer be offering any service or system updates to the operating software. This vintage of system will be obsolete in approx 1-3 years.** | $0.00 | Liquidation | $1,100.00 |
| **A3 Zen Pro TVR-4900 whole body vibration plate - 6-7 years old. In good shape.** | $0.00 | Liquidation | $1,000.00 |
| **Ergo Bench EB9030 adjustment bench - 40 year old exam table given to Debtor by collegue when he started practice 24 years ago.** | $0.00 | Liquidation | $100.00 |
| **2 Trade Flex E9018L Flexion chiropractic adjustment tables:**<br>**(1) Table has broken flexion distraction component that cannot be repaired. - $500**<br>**(1) Table is functioning but necessitates frequent repairs. - $1,250**<br>**The company who manufactured these tables discontinued them after only 3-4 years as they were known as "lemons" across the industry.** | $0.00 | Liquidation | $1,750.00 |
| **Professional wall exercise station - All compenents are funtional and is 3 years old.** | $0.00 | Liquidation | $800.00 |
| **Eye XO golf simulator package - 4 years old. System is worn from use (carpet and screen) and the operating system to simulate the golf course is old and outdated. New operating system and games are now on the market. Limited market for an outdated system.**<br>**- 3 cameras**<br>**-launch monitor**<br>**-benq projector**<br>**-sound bar**<br>**-10'x16' screen**<br>**-side curtains**<br>**-cybertron CLX gaming computer (4 years old)**<br>**-monitor**<br>**-keyboard**<br>**-mouse** | $0.00 | Liquidation | $6,000.00 |
| **210 Hylo chiropractic adjustment table - Debtor purchased this table refurbished 13 years ago, table is approx 40 years old.** | $0.00 | Liquidation | $950.00 |

Debtor    **Eric R. Hartman, DC, PLLC**    Case number *(If known)* _____
          Name

**Miscelaneous Office Equipment:**
**-8 televisions - 4 42", 3 55", 35" (all TVs are 13**
**years old);**
**-12 all-in-one computers (2-6 years old);**
**- 2 desktop computers, monitor, keyboard,**
**mouse (10 years old, no longer used);**
**-7 extra monitors ((4) (F));**
**-3 battery backup units;**
**-telephone sytem, 5 telephones;**
**-Sentry safe;**
**-Canon Image Runner Advance DX C3725i**
**copier;**
**-NuWave coffee maker;**
**-microwave oven;**
**-Whirpool refrigerator/freezer (needs repair as**
**it currently leaks);**
**- 2 vacuum cleaners;**
**-Various fans**
**-Yeedi automatic vacuum cleaner;**
**-GE profile washer & dryer set (2025);**
**-Swan secuirty system, 8 cameras (13 years**
**old, some features do not work);**
**-Dell PowerEdge R530 Server (10 years old);**

| | | | |
|---|---|---|---|
| **-2 tablets** | **$0.00** | **Liquidation** | **$5,725.00** |
| **OrthoGold 350** | **$0.00** | **Liquidation** | **$60,000.00** |
| **Medwave System** | **$0.00** | **Liquidation** | **$30,000.00** |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                              | **$128,535.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Debtor | **Eric R. Hartman, DC, PLLC** | | Case number *(If known)* | |
| | Name | | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Miscellaneous Machinery & Equipment:**
-Health-O-Meter professional digital scale, 500# capacity;
-Seca 2016 Wall mount stadiometer;
-2 Renpho EM-2016C cordless massagers;
-PureWave cordless massager (batteries are dead, don't hold a charge);
-4 hand activator manipulatord;
-morfan jeanie rub massager;
-4 various air purifiers;
-homedics paraspa paraffin bath heat therapy system;
-elite hot towel cabi plus towel warmer;
-3 HeatSurge DL06E portable heaters;
-folding massage table;
-2 human touch massage chairs (F-P) (15 & 17 years old);
-iron neck pro strength trainer;
-PVC cart on casters;
-2 metal golf bag racks;
-various physical therapy units, exercise balls, etc.

| | $0.00 | Liquidation | $1,525.00 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $1,525.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor      **Eric R. Hartman, DC, PLLC**                                    Case number *(If known)* _____
            Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Eric R. Hartman, DC, PLLC**                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,645.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,034.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $128,535.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,525.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $167,739.77 | + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $167,739.77 |

**Fill in this information to identify the case:**

Debtor name **Eric R. Hartman, DC, PLLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bankers Healthcare Group**<br>Creditor's Name<br><br>**10234 West State Road 84**<br>**Fort Lauderdale, FL 33324**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All Asset Filing**<br><br><br>**Describe the lien**<br>**Debt Consolidation** | **$140,000.00** | **$77,739.77** |

Creditor's email address, if known

**Date debt was incurred**
**February 2024**
**Last 4 digits of account number**
**2993**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **OnePlace Capital**<br>Creditor's Name<br><br>**505 Market Street**<br>**Suite 110**<br>**West Des Moines, IA 50266**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**OrthoGold 350**<br><br><br>**Describe the lien**<br>**Purchase of New Equipment** | $84,270.00 | $60,000.00 |

Creditor's email address, if known

**Date debt was incurred**
**April 2024**
**Last 4 digits of account number**
**36WI**
**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Eric R. Hartman, DC, PLLC**                              Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,    ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.    ☐ Disputed

| 2.3 | **OnePlace Capital** | Describe debtor's property that is subject to a lien | $38,000.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name                          **Medwave System**

**505 Market Street**
**Suite 110**
**West Des Moines, IA 50266**
Creditor's mailing address

**Describe the lien**
**Purchase of New Equipment**
**Is the creditor an insider or related party?**

Creditor's email address, if known       ■ No
                                         ☐ Yes
                                         **Is anyone else liable on this claim?**

**Date debt was incurred**               ☐ No
**November 2024**                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1936**
**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $262,270.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank Midwest**<br>**505 Market Street**<br>**Suite 110**<br>**West Des Moines, IA 50266** | Line **2.2** | **36WI** |
| **Bank Midwest**<br>**505 Market Street**<br>**Suite 110**<br>**West Des Moines, IA 50266** | Line **2.3** | **1936** |
| **CT Corporation System**<br>**330 N Brand Blvd**<br>**Suite 700**<br>**Attn: SPRS**<br>**Glendale, CA 91203** | Line **2.1** | **2993** |

**Fill in this information to identify the case:**

Debtor name **Eric R. Hartman, DC, PLLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,857.00** |
|---|---|---|---|

**CBNA**
**ATTN: BANKRUPTCY**
**PO BOX 6497**
**SIOUX FALLS, SD 57117**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **4642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Purchase of business washer and dryer on personal credit card. Paid by business.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,353.00** |
|---|---|---|---|

**Chase**
**Attn: Cardmember Service**
**PO Box 4099**
**Carol Stream, IL 60197-4099**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **6806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Eric R. Hartman**
**7548 Medinah Drive**
**Hudsonville, MI 49426**

Date(s) debt was incurred  **January 2025**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Personal Loan to compay.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85,000.00** |
|---|---|---|---|

**Healy Enterprises, LLC**
**2180 Tyler Street**
**Jenison, MI 49428**

Date(s) debt was incurred  **September 2012**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Buildout of Leased Office Space**

Is the claim subject to offset? ■ No  ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

Debtor    **Eric R. Hartman, DC, PLLC**                                 Case number (*if known*) _____
          Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BEST BUY CREDIT SERVICES** <br> **PO BOX 790441** <br> **SAINT LOUIS, MO 63179** | Line **3.1** <br><br> ☐ Not listed. Explain ____ | **4642** |
| 4.2 | **BEST BUY CREDIT SERVICES** <br> **PO BOX 6061** <br> **Carol Stream, IL 60197-6061** | Line **3.1** <br><br> ☐ Not listed. Explain ____ | **4642** |
| 4.3 | **Chase Bank // Amazon** <br> **P.O. Box 15123** <br> **Wilmington, DE 19850-5123** | Line **3.2** <br><br> ☐ Not listed. Explain ____ | **6806** |
| 4.4 | **Chase Bank // Amazon** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850-5298** | Line **3.2** <br><br> ☐ Not listed. Explain ____ | **6806** |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $ **148,210.00** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ **148,210.00** |

**Fill in this information to identify the case:**

Debtor name  **Eric R. Hartman, DC, PLLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Business space. Managed by Keystone Commercial REal Estate. Debtor option to renew until 2032** | |
| | State the term remaining | | **302 Baldwin RD, LLC 31000 Northwestern Hwy Suite 200 Farmington, MI 48334** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly service agreement of Office Printer & Copier** | |
| | State the term remaining | | **APPLIED IMAGING 5555 GLENWOOD HILLS PKWY SE GRAND RAPIDS, MI 49512** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Linen Cleaning service for Debtor's rugs** | |
| | State the term remaining | | **Continental Linen Service 3440 3 - Mile Road NW Grand Rapids, MI 49534** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Drinking Water Service for Office & Patients** | |
| | State the term remaining | | **CULLIGAN 3227 - 3 MILE RD NW GRAND RAPIDS, MI 49534-1228** |
| | List the contract number of any government contract | | |

Debtor 1    **Eric R. Hartman, DC, PLLC**        Case number *(if known)* _____

First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest      **Postage Meter Rental**

State the term remaining      **Monthly**

List the contract number of any government contract

**Pitney Bowes
3001 Summer Strett
Stamford, CT 06926**

---

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**        Page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **Eric R. Hartman, DC, PLLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Eric R. Hartman** | **7548 Medinah Drive**<br>**Hudsonville, MI 49426** | **Bankers Healthcare Group** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Eric R. Hartman** | **7548 Medinah Drive**<br>**Hudsonville, MI 49426** | **OnePlace Capital** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Eric R. Hartman** | **7548 Medinah Drive**<br>**Hudsonville, MI 49426** | **OnePlace Capital** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Eric R. Hartman** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Eric R. Hartman** | X |
|---|---|
| **Eric R. Hartman** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **September 22, 2025** | Date |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Eric R. Hartman, DC, PLLC** |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN |
| Case number (if known)    _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $368,219.00 |
| **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | $777,432.00 |
| **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | $759,155.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Eric R. Hartman, DC, PLLC**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **302 Baldwin RD, LLC**<br>**31000 Northwestern Hwy**<br>**Suite 200**<br>**Farmington, MI 48334** | **Monthly - First of Each Month in amount of $5,802.91** | $17,408.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.2. **Chase**<br>**PO Box 4099**<br>**Carol Stream, IL 60197-4099** | **Monthly payoff of Credit Card in amounts of:**<br>**June 27 - $8,319.12**<br>**July 28 - $8,745.47**<br>**August 28 - $35.00** | $17,099.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Monthly Payoff of Credit Card** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Eric R. Hartman, DC, PLLC**                                                    Case number *(if known)*

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **MARTIN L ROGALSKI PC<br>1881 GEORGETOWN CENTER DRIVE<br>JENISON, MI 49428** | | **July 31, 2025** | **$30,000.00** |
| | **Email or website address<br>court@mrogalski.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Eric R. Hartman, DC, PLLC**                                    Case number *(if known)* _____

---

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    □ No. Go to Part 9.
    ■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Eric R. Hartman, DC, PLLC 302 Baldwin Street Jenison, MI 49428** | **Chiropractic and Massage Services** | 100+ |

| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept? |
|---|---|---|---|
| | | **Digital records are maintained on a on-site server which back up to the cloud and through a practice management software.** | *Check all that apply:* |
| | | | ■ Electronically □ Paper |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    □ No.
    ■ Yes. State the nature of the information collected and retained.

    **Most information retained includes patient dates of birth and HIPPA protected medical records. Debtor also has some social secuirty numbers but does not request/require them for patient services on all files.**

    Does the debtor have a privacy policy about that information?
    □ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    □ Yes. Does the debtor serve as plan administrator?

---

9/22/25 10:16AM

Debtor    **Eric R. Hartman, DC, PLLC**                                    Case number *(if known)*

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Eric R. Hartman, DC, PLLC**                    Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Tag Accounting & Tax Services**<br>**4195 East Paris Ave SE**<br>**Grand Rapids, MI 49512** | **Has been used for all of prior 2 years and years prior.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Tag Accounting & Tax Services**<br>**4195 E Paris Ave SE**<br>**Grand Rapids, MI 49512** | **Has been used for all of prior 2 years and years prior.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Tag Accounting & Tax Services**<br>**4195 E Paris Ave SE**<br>**Grand Rapids, MI 49512** | **Has been used for all of prior 2 years and years prior.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

9/22/25 10:16AM

| Debtor | Eric R. Hartman, DC, PLLC | Case number *(if known)* | |
|---|---|---|---|

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Eric R. Hartman | December 2024 | Physical on-hand count of small inventory of medical products for sale to patients. |
| | **Name and address of the person who has possession of inventory records** | | |
| | Eric R. Hartman<br>302 Baldwin Strett<br>Jenison, MI 49428 | | |
| 27.2. | Eric R. Hartman | December 2023 | Physical on-hand count of small inventory of medical products for sale to patients. |
| | **Name and address of the person who has possession of inventory records** | | |
| | Eric R. Hartman<br>302 Baldwin Street<br>Jenison, MI 49428 | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric R. Hartman | 7548 Medinah Drive<br>Hudsonville, MI 49426 | President and Sole-Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Eric R. Hartman, DC, PLLC          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Eric R. Hartman**<br>**7548 Medinah Drive**<br>**Hudsonville, MI 49426** | **$6,000 per bi-weekly pay period** | **2025** | **Salary and Draws** |
| | Relationship to debtor<br>**Owner** | | | |
| 30.2. | **Eric R. Hartman**<br>**7548 Medinah Drive**<br>**Hudsonville, MI 49426** | **$104,000.00** | **Monthly throughout 2024** | **Salary and Draws** |
| | Relationship to debtor<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Eric R. Hartman, DC, PLLC**        Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 22, 2025**

**/s/ Eric R. Hartman**                 **Eric R. Hartman**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President and Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

9/22/25 10:16AM

# United States Bankruptcy Court
## Western District of Michigan

In re  **Eric R. Hartman, DC, PLLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eric R. Hartman**<br>**7548 Medinah Drive**<br>**Hudsonville, MI 49426** | | | **Owner - 100% Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 22, 2025**

Signature  **/s/ Eric R. Hartman**

**Eric R. Hartman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Michigan

In re   **Eric R. Hartman, DC, PLLC** _____    Case No. _____

                                        Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President and Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 22, 2025** _____        **/s/ Eric R. Hartman** _____

                                                 **Eric R. Hartman**/**President and Managing Member**
                                                 Signer/Title

302 BALDWIN RD, LLC
31000 NORTHWESTERN HWY
SUITE 200
FARMINGTON MI 48334

CONTINENTAL LINEN SERVICE
3440 3 - MILE ROAD NW
GRAND RAPIDS MI 49534

APPLIED IMAGING
5555 GLENWOOD HILLS PKWY SE
GRAND RAPIDS MI 49512

CT CORPORATION SYSTEM
330 N BRAND BLVD
SUITE 700
ATTN: SPRS
GLENDALE CA 91203

BANK MIDWEST
505 MARKET STREET
SUITE 110
WEST DES MOINES IA 50266

CULLIGAN
3227 - 3 MILE RD NW
GRAND RAPIDS MI 49534-1228

BANKERS HEALTHCARE GROUP
10234 WEST STATE ROAD 84
FORT LAUDERDALE FL 33324

ERIC R. HARTMAN
7548 MEDINAH DRIVE
HUDSONVILLE MI 49426

BEST BUY CREDIT SERVICES
PO BOX 790441
SAINT LOUIS MO 63179

HEALY ENTERPRISES, LLC
2180 TYLER STREET
JENISON MI 49428

BEST BUY CREDIT SERVICES
PO BOX 6061
CAROL STREAM IL 60197-6061

ONEPLACE CAPITAL
505 MARKET STREET
SUITE 110
WEST DES MOINES IA 50266

CBNA
ATTN: BANKRUPTCY
PO BOX 6497
SIOUX FALLS SD 57117

PITNEY BOWES
3001 SUMMER STRETT
STAMFORD CT 06926

CHASE
ATTN: CARDMEMBER SERVICE
PO BOX 4099
CAROL STREAM IL 60197-4099

CHASE BANK // AMAZON
P.O. BOX 15123
WILMINGTON DE 19850-5123

CHASE BANK // AMAZON
P.O. BOX 15298
WILMINGTON DE 19850-5298

# United States Bankruptcy Court
## Western District of Michigan

In re    **Eric R. Hartman, DC, PLLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Eric R. Hartman, DC, PLLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 22, 2025**

Date

**/s/ Martin L. Rogalski**

**Martin L. Rogalski P-30548 - MICHIGAN**

Signature of Attorney or Litigant

Counsel for    **Eric R. Hartman, DC, PLLC**

**MARTIN L. ROGALSKI, P.C.**
**1881 GEORGETOWN CENTER DRIVE**
**JENISON, MI 49428**
**(616) 457-4410 Fax:(616) 457-6944**
**court@mrogalski.com**